THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES GREINER, Appellant.

Submitted May 22, 1944; decided May 25, 1944.

*Edward J. Neary, District Attorney* (*Philip Huntington* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.